UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK — S.D.N.Y.

David Carter
Pro Se
_____
           Plaintiff,

[Insert full name of plaintiff/prisoner]

16CV1187

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND
YES ✓    NO ____

-against-

New York City Correction officer Taveras (Sheild #7037) male hispanic who worked 7-3 tour @ A.M.K.C. Visit counsel office

           Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I.  **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff   David Carter

If you are incarcerated, provide the name of the facility and address:

G.R.V.C. (Beacon)
Rikers Island
09-09 Hazen St.

Prisoner ID Number: 349-16-00020

If you are not incarcerated, provide your current address:

Telephone Number: 252-723-4706

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Full Name: N.Y.C. Correction Officer Taveras #[Shejild] 7037

Job Title: New York City Corr. Officer

Address: A.M.K.C. Rikers Island 18-18 Hazen St East Elmhurst N.Y. 11370

Defendant No. 2

Full Name:

Job Title:

Address:

Defendant No. 3

Full Name:

Job Title:

2

Defendant No. 4

_____
Address

~~_____
Full Name

_____
Job Title

_____
Address~~

Defendant No. 5

~~_____
Full Name

_____
Job Title

_____
Address~~

## II.    Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? __@ Inmate Counsel visit room @ A.M.K.C. C-71 - C95 Rikers Island__

When did the events happen? (include approximate time and date) __January 14th 2016 during 7-3 tour approximately 10:45 AM__

3

Facts: (what happened?) On January 14th 2016 male hispanic New York City Correction officer who is identified as Mr. Tavera's Sheild #7037 deliberately assaulted my person literally 2 seconds after being attacked and as well assaulted by an inmate who came from the blind side of me with no particular warning or prior verbal altercation. Officer Tavera's who witnessed this particular attack allowed other inmate to harm me, and grabbed me by my neck, causing injury to my thyroid gland and proceeded to trip me off my feet with his legs.

II.A. Injuries. If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Pain and swelling to neck area and traumatized severely due to being assaulted immeadiately after being assaulted and shock and traumatized by being caught off guard by blows to head area.

4

III.   **Relief:** State what relief you are seeking if you prevail on your complaint.

I ask respectfully that I be awarded 10 million dollars for pain, traumatization, and suffering. And also a federal memorandum to enforce sensitivity training for inmate safety, etc.

I declare under penalty of perjury that on January 27th 2016, delivered this complaint to prison authorities at G.R.V.C. Rikers Island (name of prison) to be mailed to the United States District Court for the Southern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 27th, 2016

Signature of Plaintiff: Mr. David Cartoceck

Name of Prison Facility or Address if not incarcerated: G.R.V.C. - Rikers Island

Address: 09-09 Hazen St, East Elmhurst, N.Y. 11370

Prisoner ID#: 349-16-00020

N.Y.S.I.D # 7793461 3486 L

SS # 777-93-...

rev. 12/1/2015

5

Mr. David Carter # 34946-00020
G.R.V.C. - Rikers Island
09-09 Hazen Street
East Elmhurst, N.Y. 11370

-Legal Mail-

Pro Se Clerk
United States Dist
500 Pearl Street
New York, N.Y. 1000